# EXHIBIT A

**Registration Number**

# PA 2-235-589

**Effective Date of Registration:**
April 07, 2020
**Registration Decision Date:**
April 08, 2020

## Title

      **Title of Work:** Hollywood Unlocked UNCENSORED:  K Michelle Talks Discrimination in Music Industry and R Kelly

## Completion/Publication

      **Year of Completion:** 2019
      **Date of 1st Publication:** May 08, 2019
      **Nation of 1st Publication:** United States

## Author

-       **Author:** Hollywood Unlocked, Inc.
        **Author Created:** entire motion picture
        **Work made for hire:** Yes
        **Citizen of:** United States
        **Domiciled in:** United States

## Copyright Claimant

      **Copyright Claimant:** Hollywood Unlocked, Inc.
      8581 Santa Monica Blvd, Unit 569, West Hollywood, CA, 90069, United States

## Certification

      **Name:** Keiyana Fordham Pilson
      **Date**: April 02, 2020

---

      **Correspondence:** Yes